UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CARLOS GARCIA, CB0327,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>Defendant(s). | Case No. 25-cv-08688-CRB  (PR)<br><br>**ORDER REGARDING NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff has filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).  See ECF No. 8.  Rule 41(a)(1)(A) provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared."  Unless the notice or stipulation states otherwise, "the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B).

Because plaintiff's notice of voluntary dismissal was filed before defendants served an answer or a motion for summary judgment in this action, plaintiff's notice of voluntary dismissal effectively dismisses this action without prejudice and leaves no role for the court to play.  See American Soccer Co. v. Score First Enters., 187 F.3d 1108, 1110 (9th Cir. 1999).

The clerk is instructed to close this matter as voluntarily dismissed without prejudice.

**IT IS SO ORDERED**.

Dated: April 29, 2026

_____
CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California